BENJAMIN B. WAGNER
United States Attorney
DAVID A. PETERSEN
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:11-CR-00523-EFB |
| | ) | |
| Plaintiff, | ) | ORDER VACATING COURT TRIAL, |
| | ) | SETTING A TRIAL CONFIRMATION |
| | ) | HEARING, SETTING A JURY TRIAL |
| v. | ) | AND EXCLUDING TIME UNDER LOCAL |
| | ) | CODE T4. |
| | ) | |
| BALWINDER SOHAL, | ) | DATE: January 31, 2012 |
| | ) | TIME: 10:00 a.m. |
| Defendant. | ) | JUDGE: Edmund F. Brennan |

It is hereby Ordered that:

    a.   The Court Trial set for January 31, 2012 is VACATED;

    b.   A Trial Confirmation Hearing is set for March 12, 2012 at 2:00 p.m.; and,

    c.   A Jury Trial is set for March 27, 2012 at 9:30 a.m.

Time is excluded from today's date through March 12, 2012 under Local Code T4, as the Court finds that the ends of justice

///

///

///

///

served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: January 30, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE